For full opinion see 175 NE 235; 37 Oh Ap 502 (Oh Bar 4-14-31).

**BLAIR v RILEY, Exr**

**BLAIR v ASHCRAFT**

**BLAIR v HAAS**

**BLAIR v FAIRALL**

**CHANEY v. BLAIR**

**RILEY, Exr v BLAIR**

Ohio Appeals, 2nd Dist, Franklin Co
Decided Jan. 6, 1930

For full opinion see 175 NE 210; 37 Oh Ap 513 (Oh Bar 4-21-31).

**GREENE etc v THOMAS, Mayor, et.**

Ohio Appeals, 2nd Dist, Franklin Co
Decided July 8, 1930

